AO 440 (Rev. 8/01) Summons in a Civil Action

SCANNED

DATE: 2-8-05

BY: _____ CMG

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE
2005 FEB -7 P 3:08

Rodney G. Smith, Executive Director
of the Teamsters Union 25 Health
Services & Insurance Plan
v.

Mark Equipment, Corp.,
and
Eastern Bank

**SUMMONS IN A CIVIL ACTION**

05 - 10008 RGS

CASE NUMBER:

TO: (Name and address of Defendant)

Mark Equipment, Corp.
126 Old Page Street
Stoughton, MA 02072

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Brian M. Maser, Esq.
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____    1/3/05

(By) DEPUTY CLERK                DATE