UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 15 P 1:31

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR Of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN, Plaintiff, v. MARK EQUIPMENT, CORP., Defendant, and EASTERN BANK, Trustee. | Civil Action No. 05-10008-RGS |

## MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Now comes the Plaintiff, Rodney G. Smith, and moves that this Court enter the attached Judgment in accordance with the Application to Clerk for Entry of Default filed with this Court under cover dated February 23, 2005 and the Notice of Default issued by the Clerk of this Court on March 7, 2005. Pursuant to the Court's Standing Order Regarding Motions For Default Judgment, the Plaintiff submits herewith the appropriate form of default judgment and the affidavit of Brian M. Maser, Esquire.

Respectfully submitted,
For the Plaintiff,
**Rodney G. Smith, Executive Director**
**Of the Teamsters Union 25 Health**
**Services & Insurance Plan,**
By his attorneys,

B. W. M.
Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: 3-14-05
e:\l25hsip\mark ecs\pldgs\mot def judg.doc