N/S

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 15  P 1: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR Of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>                    Plaintiff,<br><br>V.<br><br>MARK EQUIPMENT, CORP.,<br>                    Defendant,<br><br>and<br><br>EASTERN BANK,<br>                    Trustee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No.
05-10008-RGS**

## JUDGMENT

The Defendant, Mark Equipment, Corp., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the Plaintiff and an affidavit of Brian M. Maser, Esquire, demonstrating that the Defendant owes the Plaintiff the sum of $5,137.50, the Defendant is not an infant or incompetent person or in the military service of the United States, and that the Plaintiff has incurred costs in the sum of $1024.00.

It is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff recover from the Defendant the principal amount of $5,137.50, with costs in the amount of $1,024.00 and prejudgment interest at the rate of 2.77% from December 28, 2004 to March 7, 2004 in the amount of $24.00 for a total judgment of $6185.50 with interest as provided by law.

By the Court,

_Mary A. Johnson_
Deputy Clerk

3-22-05